2:04-cv-02104-MPM    # 16    Page 1 of 2                                          **E-FILED**
AO 450 (Rev. 5/85) Judgment in a Civil Case                     Tuesday, 21 December, 2004  02:47:30 PM
                                                                    Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**HOWARD ASHLEY,**
**Petitioner,**

vs.                                                             Case Number:  **04-2104**

**DONALD HULICK,**
**Respondent.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. §2254 is denied.  This case is terminated.

ENTER this 21st day of December, 2004.

s/JOHN M. WATERS, CLERK

JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case