E-FILED
Tuesday, 22 February, 2005  01:39:37 PM
Clerk, U.S. District Court, ILCD

Howard Vincent Ashley B39336
Hill Correctional Center
600 Linwood Road/P.O. Box 1327
Galesburg IL 61401

17 February 2005

Clerk of the
United States Court of Appeals
For the Seventh Circuit
219 South Dearborn Street
Chicago IL 60604

**FILED**
FEB 22 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

RE: Ashley v. Seamon, et al., No.00-2032 (USDC CD-Il Judge Baker)
　　　　　　　　App.No. 04-3970

　　Ashley v. Rains, et al., No.04-1135 (USDC CD-Il Judge Baker)
　　　　　　　　App.No.05-1022

　　Ashley v. Bohler, No.04-2104 (USDC CD-Il Judge McCuskey)

Mr. Agnello,
　　Please read the attached affidavit and notify me as to the status in these cases, as the sudden lack of communication from the District Court is strange to say the least.
　　Notice(s) of Appeal have been submitted in all three cases.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　*Howard V Ashley*
　　　　　　　　　　　　　　Plaintiff/Appellant, Pro se

A COPY OF THIS LETTER W/ATTACHMENT IS BEING SENT TO:
Clerk of the Seventh Circuit U.S. Court of Appeals  w/ Copy of Proof of Service on
Clerk USDC CD-Il                                     Habeas
Office of the Attorney General, Illinois             Corpus
ONE COPY TO BE FORWARDED TO USCA 7, BY ALEHIA ASHLEY IN CHICAGO  Case
                                                                 No.04-2104

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF KNOX     )

## AFFIDAVIT

I, HOWARD VINCENT ASHLEY, hereby declare, under penalty of perjury, that the following statements are true and correct:

1. I am the Plaintiff/Appellant, pro se, in the following list of cases:

    -Ashley v. Seamon, et al., No.00-2032 (USDC CD-Il) App.No.04-3970
    -Ashley v. Rains, et al., No.04-1135 (USDC CD-Il) App.No.05-1022
    -Ashley v. Bohler, No.04-2104 (USDC CD-Il) No number assigned

2. As of the date affixed to this affidavit, I have not received any correspondences from the District Court following the Fee Notice and Order, suspending all other proceedings in the first two cases listed above, and no correspondence at all for the last of the three cases listed above.

3. Motions for Permission to Appeal In Forma Pauperis were submitted w/required affidavits for the 42 U.S.C. section 1983 cases (the first two), and as for the third case, a 28 U.S.C. section 2254 case, I submitted a request for a Certificate of Appealability with the Notice of Appeal.

4. Attempts to get information from the District Court in the very recent past have proved to be futile, and this affidavit is in part to protect me from any claims that I missed any required deadline and/or orders from the Court regarding THREE cases in limbo at the moment.

FURTHER AFFIANT SAYETH NOT.

Pursuant to 28 U.S.C. 1746, the undersigned declares, under penalty of perjury, that the statements contained above are true and cor- to the best of my information, knowledge and beliefs.

17 February 2005.

/s/ Howard V Ashley
Plaintiff/Appellant, pro se